UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY CALDWELL, | ) |
| Movant, | ) ) ) |
| v. | ) No. 4:12-CV-0771-JCH |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

### ORDER

This matter is before the Court on what appears to be a motion to vacate, set aside, or correct sentence, brought pursuant to 28 U.S.C. § 2255. If indeed movant wishes the Court to interpret his filing as a motion to vacate under § 2255, he must file an amended motion on a Court-provided form. See Local Rule 2.06(A). Movant is advised that the amended motion will take the place of his original motion and will be the only motion to vacate that this Court reviews.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to movant a copy of the Court's form for a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS HEREBY ORDERED** that movant shall file an amended motion no later than **May 31, 2012**.

**IT IS FURTHER ORDERED** that if movant fails to comply with this Order, this action will be dismissed.

Dated this 3rd day of May, 2012.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE